Date 12-15-14

78,612-04

_____ Clerk

Abel Acosta
Austin, TX 78711

WR-78-612-04
Cause No. A-3193-99-01CR-W-4

Dear Clerk,

    I'm writing in regard to some legal letters and motions I have sent the Court of Criminal Appeals of Texas. One is an objection to Court's decision and one is a motion for judgement. The Court has failed to respond in a reasonable timeframe required by Due Course of Law of the land and Equal Protection for the accused.

    I would like to request a reopening as soon as possible.

Thank you,

Daniel C Leamel #882275
Inmate

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk